```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LAUREN CUSICK, Bar #257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    KATIE BELISLE
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  MARK BILLICK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S-09-491-DAD |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [~~PROPOSED~~] ORDER *DAD* |
| MARK BILLICK, | ) Date: December 22, 2009 |
| Defendant. | ) Time: 10:00 a.m. |
|  | ) Judge: Hon. Dale A. Drozd |

### Stipulation

The parties, through undersigned counsel, stipulate that the trial confirmation hearing set for December 22, 2009, at 10:00 a.m. be continued to January 19, 2010 at 10:00 a.m., and the jury trial set for January 11, 2010 at 10:00 a.m. be continued to February 8, 2010 at 10:00 a.m.

The parties further stipulate that time may be excluded from the

1 | speedy trial calculation under the Speedy Trial Act through the new
2 | trial confirmation date of February 8, 2010, pursuant to 18 U.S.C. §
3 | 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation, because
4 | the interests of justice served by granting this continuance outweigh
5 | the interests of the defendant and the public in a speedy trial.

7 | Dated:   November 23, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Lauren Cusick
LAUREN CUSICK
Assistant Federal Defender
Attorney for Defendant
RYAN HEAL

Dated: November 23, 2009

BENJAMIN WAGNER
United States Attorney

/s/ Samantha S. Spangler for
Matthew C. Stegman
Assistant U.S. Attorney

**Order**

IT IS SO ORDERED.

DATED: November 25, 2009

*Dale A. Drozd*
Dale A. Drozd
UNITED STATES MAGISTRATE JUDGE