```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LAUREN CUSICK, Bar #257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    DAVID WIKSELL
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7  Attorney for Defendant
    MARK E. BILLICK
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-491-DAD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| MARK E. BILLICK, ) | Date:  January 19, 2010 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | Judge: Hon. Dale A. Drozd |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Matthew C. Stegman, Assistant United States Attorney, and Lauren D. Cusick, Staff Attorney, attorney for Mark E. Billick, that the Court vacate the trial confirmation hearing on January 19, 2010 at 10:00 a.m. and the jury trial date set for February 8, 2010 at 10:00 a.m.  We respectfully request the court set a status conference hearing on February 23, at 10:00 a.m.

The parties agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial because the defense requires more time to investigate and negotiate a resolution.  18 U.S.C. §

1

1  3161(h)(7)(A).  The parties stipulate that for the purpose of computing
2  time under the Speedy Trial Act, the Court should exclude time from the
3  date of this order through February 23, 2010, for defense preparation
4  and investigation.  18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].
5  Dated:   January 15, 2010
                                         Respectfully submitted,
6
                                         DANIEL J. BRODERICK
7                                        Federal Defender

8                                         /s/ Lauren Cusick
                                         LAUREN CUSICK
9                                        Assistant Federal Defender
                                         Attorney for Defendant
10                                       MARK E. BILLICK

11

12 Dated:   January 15, 2010      BENJAMIN WAGNER
                                         United States Attorney
13
                                         /s/ Michael Anderson for
14                                       MATTHEW STEGMAN
                                         Assistant U.S. Attorney
15

16                                   ORDER

17      The trial confirmation hearing scheduled for January 19, 2010, at
18 10:00 a.m., and the jury trial date set for February 8, 2010, at 10:00
19 a.m., are vacated, and a status conference hearing is set for February
20 23, 2010, at 10:00 a.m.
21      IT IS SO ORDERED.
22 DATED: January 15, 2010.

                                    _____
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE

27 Ddad1/orders.criminal/billick0491.stipord
28

STIPULATION AND ORDER              -2-